# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. FINANDER, et al.,<br><br>　　　　Defendants. | Case No. CV 16-4314-CJC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing the action against Defendants Finander, Morris, Shank, and Rabanipour with prejudice and dismissing the action against the Doe defendant without prejudice.

DATED: October 16, 2018

　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE