JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER, | Case No. CV 16-4314-CJC (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| P. FINANDER, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action against Defendants Finander, Morris, Shank, and Rabanipour is dismissed with prejudice and the action against the Doe defendant is dismissed without prejudice.

DATED: October 16, 2018

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE